William F. Thornton, Appellant, v. George L. Ramsey,
Commissioner of Buildings, The Civil Service
Commission of the City of Chicago, Dolores L.
Sheehan, John J. Ahern, and Albert W. Williams,
Appellees.

Gen. No. 47,750. 

First District, Third Division.
March 23, 1960.

McCoy, Ming, and Leighton (William R. Ming, Jr., of counsel) for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin, Assistant Corporation Counsel, and Robert J. Collins, Special Assistant Corporation Counsel, of counsel) for appellees. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.